UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BORTON & SONS, INC., a Washington Corporation, | ) ) No. CV-07-3054-LRS ) ) **ORDER OF DISMISSAL** |
| Plaintiff, | ) ) |
| vs. | ) ) |
| WASHINGTON APPLE DISTRIBUTING SERVICE, aka WASHINGTON APPLE DISTRIBUTORS, a California corporation, | ) ) ) ) ) ) |
| Defendants. | ) ) |

Based on the "Response To Order To Show Cause" filed March 14, 2008 (Ct. Rec. 3), the captioned action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED**. The District Executive is directed to enter this order, forward a copy to counsel for Plaintiff, and close this file.

**DATED** this ___17th___ of March, 2008.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

**ORDER OF DISMISSAL-**     1